GERDING (ANDERSON v.). See Case No. 356.

GERHARD (GROSS & P. MANUF'G CO. v.). See Case No. 5,843.

GERKE (SEAVERNS v.). See Case No. 12,-595.

## Case No. 5,358.
### GERMAIN v. KNOX.

[Nowhere reported; opinion not now accessible.]